UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Casey L. Cox,                                    Case No. 3:14-cv-00626-bbc

      Plaintiff,

v.                                               **STIPULATION OF DISMISSAL
                                                 WITH PREJUDICE**

Sanmina-Sci Corporation
n/k/a Sanmina Corporation,

      Defendant.

---

The parties to the above entitled matter hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

| | |
|---|---|
| Dated: April 20, 2015 | Dated: April 17, 2015 |
| BAKKE NORMAN | JACKSON LEWIS P.C. |
| *s/David C. Schoenberger* | *s/Gina K. Janeiro* |
| David C. Schoenberger, ID No. 1035131 | Gina K. Janeiro, ID No. 1080465 |
| 2919 Schneider Avenue | Jennifer A. Nodes, ID No. 1065668 |
| P.O. Box 280 | 225 South Sixth Street, Suite 3850 |
| Menominee, WI 54751 | Minneapolis, MN  55402 |
| Tel: (715) 235-9016 x5268 | Tel: (612) 341-8131 |
| Fax: (815) 927-0411 | Fax: (612) 341-0609 |
| dschoenberger@bakkenorman.com | janeirog@jacksonlewis.com |
| | Jennifer.nodes@jacksonlewis.com |

**IT IS HEREBY ORDERED AND DISMISSED WITH PREJUDICE.**

DATED: _____, 2015        BY THE COURT:


                                                                               _____
                                                                               The Honorable Stephen L. Crocker